

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 23, 2010**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SOUTHEAST REGENCY MEDICAL | § | CASE NO. 10-11923 |
| CENTER, LP, | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING THE MOTION TO TRANSFER VENUE OF BANKRUPTCY ESTATE**
(relates to docket no. \_\_\_)

CAME ON FOR CONSIDERATION, City National Bank as Assignee of the Federal Deposit Insurance Corporation as Receiver for Imperial Capital Bank's Motion to Transfer Venue of Bankruptcy Case and the Court, after reading the pleadings and hearing legal argument, if any, hereby grants the Motion to Transfer Venue of the Bankruptcy Estate.  It is

ORDERED that the bankruptcy case of Southeast Regency Medical Center, LP, Case No. 10-11923, be transferred from the United States Bankruptcy Court for the Western District of

Texas, Austin Division to the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

### 

Order submitted by:
Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, Suite 2550
Houston, Texas 77002
Telephone: 713-220-9165

20100218.20100266/804586.1