# UNITED STATES BANKRUPTCY COURT

**MOR-1**

| | |
|---|---|
| CASE NAME: | Southeast Regency Medical Center, LP |
| CASE NUMBER: | 10-11923-CAG |
| PROPOSED PLAN DATE: | 11/6/2010 |
| PETITION DATE: | 7/9/2010 |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | Austin |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | 7-10-10 to 7-31-10 | 8/1/10 to 8/31/10 | | | | YEAR |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3,296.88 | 13,418.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | 0.00 | 11,105.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | 11,105.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 2,313.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 0.00 | 2,313.22 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | CIRCLE ONE |
|---|---|---|
| Are all accounts receivable being collected within terms? | | Yes, CNB collecting some |
| Are all post-petition liabilities, including taxes, being paid within terms? | | Yes |
| Have any pre-petition liabilities been paid? | | No |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | | Yes |
| Were any assets disposed of outside the normal course of business? | | No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | Yes |
| What is the status of your Plan of Reorganization? | | In process |

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | No | |
| LIABILITY | No | |
| VEHICLE | YES ( ) NO ( ) | |
| WORKER'S | YES ( ) NO ( ) | |
| OTHER | YES ( ) NO ( ) | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____/s/_____  TITLE: Manager of General Partner
(ORIGINAL SIGNATURE)

Wayne R. Ausmus    DATE 9/17/10
(PRINT NAME OF SIGNATORY)

| ATTORNEY NAME: | Frank B. Lyon |
|---|---|
| FIRM NAME: | Frank B. Lyon, Attorney at Law |
| ADDRESS: | Northpoint I - Suite 150 |
| | 6836 Austin Center Blvd |
| CITY, STATE, ZIP: | Austin, Texas 78731 |
| TELEPHONE/FAX: | 512-345-8964/512-345-4393 |

MOR-1        Revised 07/01/98

CASE NAME: Southeast Regency Medical Center, LP
CASE NUMBER: 10-11923-CAG

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE*<br>7/9/2010 to 7/31/10 | MONTH<br>8/1/10 to 8/31/10 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 0.00 | 0.00 | | | | | |
| Accounts Receivable, Net | 0.00 | 0.00 | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | | | | | |
| Investments | 0.00 | 0.00 | | | | | |
| Other | 1,412,039.64 | 1,412,039.64 | | | | | |
| TOTAL CURRENT ASSETS | 1,412,039.64 | 1,412,039.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 17,609,487.09 | 17,609,487.09 | | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET BOOK VALUE OF PP & E | 17,609,487.09 | 17,609,487.09 | | | | | |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | |
| 2. Draw Reimbursements | 0.00 | 0.00 | | | | | |
| 3. Electric Deposit | 0.00 | 0.00 | | | | | |
| 4. Security Deposits, Draw Reimbursements | 0.00 | 0.00 | | | | | |
| TOTAL ASSETS | $19,021,526.73 | $19,021,526.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/08

CASE NAME: Southeast Regency Medical Center, LP
CASE NUMBER: 10-11923-CAG

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 7/10/10-7/31/10 | MONTH 8/1/10 - 8/31/10 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | 0.00 | 0.00 | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable – Secured | 15,162,710.13 | 15,162,710.13 | | | | | |
| Priority Debt | 511.13 | 511.13 | | | | | |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt | 3,581,555.31 | 3,581,555.31 | | | | | |
| Other | 276,750.16 | 276,750.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 19,021,526.73 | 19,021,526.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 19,021,526.73 | 19,021,526.73 | | | | | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | | | | | |
| COMMON STOCK | 0.00 | 0.00 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | | | | | |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 0.00 | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 0.00 | | | | | |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $19,021,526.73 | $19,021,526.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

Revised 07/01/98

MOR-3

CASE NAME: Southeast Regency Medical Center, LP
CASE NUMBER: 10-11923-CAG

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 7/10/10-7/31/10 | MONTH 8/1/10 - 8/31/10 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 0.00 | 0.00 | | | | | |
| *TAX PAYABLE* | | | | | | | |
| Federal Payroll Taxes | 0.00 | 0.00 | | | | | |
| State Payroll Taxes | 0.00 | 0.00 | | | | | |
| Ad Valorem Taxes | 0.00 | 0.00 | | | | | |
| Other Taxes | 0.00 | 0.00 | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | | | | | |
| ACCRUED INTEREST PAYABLE | 0.00 | 0.00 | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | |
| 1. | 0.00 | 0.00 | | | | | |
| 2. | 0.00 | 0.00 | | | | | |
| 3. | 0.00 | 0.00 | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: Southeast Regency Medical Center, LP
CASE NUMBER: 10-11923-CAG

## AGING OF POST-PETITION LIABILITIES
### MONTH 8/1/10 - 8/31/10

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | |
| 31-60 | 0.00 | | | | |
| 61-90 | 0.00 | | | | |
| 91+ | 0.00 | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | MONTH |
|---|---|---|---|---|---|
| 0-30 DAYS | | | | | |
| 31-60 DAYS | | | | | |
| 61-90 DAYS | | | | | |
| 91+ DAYS | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: Southeast Regency Medical Center, LP
CASE NUMBER: 10-11923-CAG

## STATEMENT OF INCOME (LOSS)

| | MONTH 7/10/10-7/31/10 | MONTH 8/1/10 - 8/31/10 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 3,296.88 | 13,418.95 | | | | | 16,715.83 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | | | | | 0.00 |
| GROSS PROFIT | 3,296.88 | 13,418.95 | 0.00 | 0.00 | 0.00 | 0.00 | 16,715.83 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | 0.00 | | | | | 0.00 |
| General & Administrative | 0.00 | 1,550.72 | | | | | 1,550.72 |
| Insiders Compensation | 0.00 | 0.00 | | | | | 0.00 |
| Professional Fees | 0.00 | 0.00 | | | | | 0.00 |
| Other | 0.00 | 762.50 | | | | | 762.50 |
| Utilities | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 0.00 | 2,313.22 | 0.00 | 0.00 | 0.00 | 0.00 | 2,313.22 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 3,296.88 | 11,105.73 | 0.00 | 0.00 | 0.00 | 0.00 | 14,402.61 |
| INTEREST EXPENSE | 0.00 | 0.00 | | | | | 0.00 |
| DEPRECIATION | 0.00 | 0.00 | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | 0.00 | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL INT, DEPR. & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 3,296.88 | 11,105.73 | | | | | 14,402.61 |
| FEDERAL INCOME TAXES | 0.00 | 0.00 | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $3,296.88 | $11,105.73 | $0.00 | $0.00 | $0.00 | $0.00 | $14,402.61 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: Southeast Regency Medical Center, LP
CASE NUMBER: 10-11923-CAG

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 7/10/10-7/31/10 | MONTH 8/1/10 - 8/31/10 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $3,296.88 | $14,402.61 | $14,402.61 | $14,402.61 | $14,402.61 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | 0.00 | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 3,296.88 | 13,418.95 | | | | | 16,715.83 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL RECEIPTS*** | 3,296.88 | 13,418.95 | 0.00 | 0.00 | 0.00 | 0.00 | 16,715.83 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | 0.00 | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | 0.00 | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 0.00 | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | 0.00 | | | | | 0.00 |
| 12. INSURANCE | 0.00 | 0.00 | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | 0.00 | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | 0.00 | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 762.50 | | | | | 762.50 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | 1,550.72 | | | | | 1,550.72 |
| 18. OTHER (attach list) | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 2,313.22 | 0.00 | 0.00 | 0.00 | 0.00 | 2,313.22 |
| 19. PROFESSIONAL FEES | 0.00 | 0.00 | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | 0.00 | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 2,313.22 | 0.00 | 0.00 | 0.00 | 0.00 | 2,313.22 |
| 22. NET CASH FLOW | 3,296.88 | 11,105.73 | | | | | 14,402.61 |
| 23. CASH - END OF MONTH (MOR-2) | $3,296.88 | $14,402.61 | $14,402.61 | $14,402.61 | $14,402.61 | $14,402.61 | $14,402.61 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: Southeast Regency Medical Center, LP
CASE NUMBER: 10-11923-CAG

## CASH ACCOUNT RECONCILIATION
### MONTH OF 8/1/10 - 8/31/10

| BANK NAME | Comerica | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER | 1881367278 # | # | | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 14,402.61 | | | | $14,402.61 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $14,402.61 | $0.00 | $0.00 | $0.00 | $14,402.61 |
| BEGINNING CASH - PER BOOKS | 3,296.88 | | | | $3,296.88 |
| RECEIPTS* | 13,418.95 | | | | $13,418.95 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 2,313.22 | | | | $2,313.22 |
| ENDING CASH - PER BOOKS | $14,402.61 | $0.00 | $0.00 | $0.00 | $14,402.61 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: Southeast Regency Medical Center, LP
CASE NUMBER: 10-11923-CAG

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 7/10/10-7/31/10 | MONTH 8/1/10 - 8/31/10 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Franklin Fidelity Mgmt-Payroll/Janitorial | 0.00 | 2,313.22 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $2,313.22 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 7/10/10-7/31/10 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Revised 07/01/98